**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 07-1486**

—————

TOLU SODIMU,

Plaintiff - Appellant,

versus

OMP, INCORPORATED; OBAGI, INCORPORATED;
WORLDWIDE PRODUCTS, INCORPORATED; MARNIE L.
RUNYAN (GODFREY); NADU A. TUAKLI,

Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(8:05-cv-00413-AW)

—————

Submitted:  January 23, 2008        Decided:  March 24, 2008

—————

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

H. Jeffrey Tabb, H. JEFFREY TABB, P.C., Greenbelt, Maryland, for
Appellant. Michael K. Wiggins, WHARTON, LEVIN, EHRMANTRAUT & KLEIN,
P.A., Annapolis, Maryland; Robert E. Scott, Jr., Marisa A.
Trasatti, SEMMES, BOWEN & SEMMES, Baltimore, Maryland, for
Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tolu Sodimu appeals the district court's orders granting Dr. Nadu A. Tuakli's motion to dismiss Sodimu's medical negligence claim, and granting summary judgment to the remaining Defendants on Sodimu's claims of negligence and product liability. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sodimu v. OMP, Inc., No. 8:05-cv-00413-AW (D. Md. May 25, 2005; Apr. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED